| | |
|---|---|
| UNITED STATES OF AMERICA, | '09 OCT 20 P12:35 |
| Plaintiff, | **09 CR-257** |
| v. | Case No. 09-CR-FILIPPO CLERK |
| | 21 U.S.C. §§841(a)(1) and (b)(1)(B), and 846, and 18 U.S.C. §2 |
| RAYMOND M. LAWRENCE, | |
| Defendant. | |

# INDICTMENT

THE GRAND JURY CHARGES:

1. Between September 13, 2009 and September 17, 2009, in the City of Milwaukee, in the State and Eastern District of Wisconsin,

**RAYMOND M. LAWRENCE**

knowingly and intentionally attempted to possess with intent to distribute a controlled substance.

2. The offense involved 500 grams or more of a mixture and substance containing cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), and 846, and Title 18, United States Code, Section 2

A TRUE BILL:

███████████████
FOREPERSON

Oct 20, 2009
DATE

_____
MICHELLE L. JACOBS
United States Attorney