UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,
       Plaintiff,

v.                               Case No. 09-CR-257

RAYMOND M. LAWRENCE,        (Honorable Rudolph T. Randa)
       Defendant

---

### RAYMOND M. LAWRENCE'S MOTION FOR APPOINTMENT OF COUNSEL

---

The defendant, Raymond M. Lawrence, by his attorney, Rodney L. Cubbie, for the reasons stated below respectfully requests that the court authorize the Federal Defender for the Eastern District of Wisconsin to appoint Rodney L. Cubbie as counsel for Raymond M. Lawrence in this case, effective February 1, 2010.

### BASIS FOR REQUEST

In September 2009, undersigned counsel was retained to represent Raymond M. Lawrence in State of Wisconsin v, Lawrence, case number 09cf4323. Mr. Lawrence's retainer in that matter were paid by members of his family. The charges in case 09cf4323 are substantially the same as the charges in the instant case.

When Mr. Lawrence was federally indicted undesigned counsel agreed to represent Mr. Lawrence contingent upon payment of legal fees. Due to circumstances beyond Mr. Lawrence's control undersigned counsel has not been paid to represent Mr. Lawrence in this case.

Undersigned counsel is informed that Mr. Lawrence has been evaluated, and qualifies for appointed counsel.

1

Dated at Wauwatosa, Wisconsin this 1st day of February 2010.

                Respectfully submitted,

                /S/
                Rodney L. Cubbie
                Wis. State Bar No. 1007892
                Counsel for Raymond M. Lawrence

**P.O. Address**
3333 North Mayfair Road
Suite 312
Wauwatosa, WI 53222
(414) 291-9741 phone
(414) 291-9792 fax